UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STAMPORTS INC. et ano.,

        Plaintiffs,

        -against-                      10 Civ. 0810 (CM)

M/V SICHEM DEFIANCE, et al.

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court today heard plaintiff's motion for discovery in aid of arbitration in connection with a ship bound for a foreign port. For reasons stated on the record in open court, plaintiff's motion is denied.

        SO ORDERED.

Dated:        February 4, 2010

                                 Lewis A. Kaplan
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED #: 2/4/10